RECEIVED

MAR 21 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

United States District Court
New Jersey District Court

Shawn A. Woodward                Plaintiff's
Ronald D. Johnson                Civil Rights
            , plaintiffs          Complaint

        v.                        42 U.S.C
                                  § 1983

Harrah's Casino/Hotel's
HouseKeeper Supervisor Mike       Docket
Doe; Harrah's Casino/Hotel's      Number
HouseKeeping Director John        _____
Doe; ACCU Staff Temp
Ageny's Employee Lamar            Plaintiff Re-
Farmer of Atlantic City,          quest A
New Jersey and Lynn Cravero       Non-Jury
ACCU Staff's Corporate Office     Trial
of Cherry Hill, New Jersey
                defendants, being
sued in their individual and
office capacity
_____

A.) Parties To This Action:

1.) Plaintiff Shawn Woodward
    Address: 28 South Georgia Ave, #233,
    Atlantic City, New Jersey 08401
    609 592-2141
    ShawnBroly1222@gmail.com

p. 2 of 16

2.) Plaintiff Ronald D. Johnson
C/o: Volunteer of America
26 South Pennsylvania Avenue
Atlantic City, NJ 08401
609 350 1835

3.) Defendant One (1): Harrah's Hotel / Casino
House Keeper Supervisor Mike Doe: C/o:
Harrah's Atlantic City Casino & Resort, 777
Harrah's Blvd, Atlantic City, New Jersey 08401

4.) Defendant Two (2): Harrah's Hotel / Casino
House Keeper Director John Doe: C/o: Harrah's
Atlantic City Casino & Resort, 777 Harrah's Blvd,
Atlantic City, New Jersey 08401

5.) Defendant Three (3): ACCU Staff's Employee/
Temp Agency of Atlantic City, ACCU Staff Director
Lamar Former: C/o: ACCU Staffing, 3101
Boardwalk R12, Atlantic City, New Jersey
08401

6.) Defendant Four (4): ACCU Staffing Corporate
Office of Cherry Hill, Lynn Cravero, Super-
visor: C/o: ACCU Staffing, Corporate Office
of Cherry Hill, 911 North King Highway, New
Jersey 08034

p. 3 of 16

B.) Jurisdiction:

7.) The Court has jurisdiction over this case pursuant to 28 U.S.C § § 1331, 1332

8.) The basis for this Court's Jurisdiction is a question of federal law being violated.

9.) Specific issues of federal law being violated is: Freedom of Exercise of Religion under the First and Fourteenth Amendment Rights; freedom of Speech under the First and Fourteenth Amendment

C.) Statement of Facts:

i.) Defendant Housekeeper Supervisor Mike Doe:

10.) Plaintiffs Shawn Woodward ("Woodward") and Ronald Johnson ("Johnson") both began working at Harrah's Hotel and Casino in Atlantic City via ACCU Staffing. In other words through ACCU Staffing Temp Agency, Woodward and Johnson Were both sent to Harrah's Hotel as temporary housekeepers with the possibility of being hired as permanent workers if they did well during their so-called "probation period".

11.) This was in the middle of June of 2022.

12.) Woodward and Johnson received approximately 72 hours of housekeeping training by another ACCU staffing employee who acted as a type of instructor.

13.) After three (3) of training from 8am to 3pm. Woodward and Johnson were told to start reporting to Harrah's Hotel for their 1am to 9am housekeeping duties.

14) Woodward and Johnson's "immediate" supervisor was non-party member Aideed ("Supv. Aideed")

15.) Defendant Harrah's Hotel & Casino Housekeeper Supervisor Mike Doe ("Mike") was a supervisor on the 8am to 3pm tour when Woodward and Johnson began their training.

16.) For approximately 45 days Woodward and Johnson showed up for work from 1am to 9am with Supv. Aideed as their supervisor.

17.) On each work day Woodward and Johnson would come to work, sign two Sing-In Sheets and then receive their work duties from Supv. Aideed.

p. 5 of 16

18.) Per Supv. Aideed all housekeeper workers that worked in groups - such as those who prepared the hotel room clean-up carts which held the sheets, towels, etc - must take their lunch breaks together. To ensure that no one left his/her workplace without a valid reason.

19.) Most of the times Woodward and Johnson worked in the same group and took their lunch break around 03:30 am with the rest of the group.

20.) Woodward and Johnson at all relevant times were practicing muslims who believe that as a muslim (it) is an obligation to perform five (5) daily prayers at their fixed times that they are to be prayed. Missing them is a major sin.

21.) Woodward and Johnson "both" sought permission from Supv. Aideed to pray the early morning prayer during the lunchbreak in their work area.

22.) Supv. Aideed had no problem with Plaintiffs praying during their lunchbreak in their work area.

23.) Prior to Saturday, July 30, 2022

p. 6 of 16

Plaintiffs worked with Defendant Mike three (3) times during the 1am to 9am tour.

24.) Each time Defendant Mike never had the proper paper work for Woodward and Johnson to sign [the two (2) sign-in payroll sheets for ACCU Staffing and Harrah Records].

25.) On one (1) occasion when Woodward, Johnson and the other ACCU Stuff workers showed up for work. Defendant Mike did not have the work schedule. So Wood-ward and Johnson were sent home from Harrah without working. This "complaint" regarding Defendant Mike and Defendant ACCU Staff Temp Agency's Employee Lamar Farmer ("Farmer") is called the "Travel Fees To Work Complaint."

26.) After approximately 45 days of working at Harrah's Under Supv. Aideed. Woodward and Johnson returned from their two (2) days of off - before going on the two (2) days off Plaintiffs' supervisor was Supv. Aideed - to find Defendant Mike as their supervisor.

27.) During the 3:30am lunch break Woodward and Johnson went to see Defendant Mike to ask him, Could Plaintiffs - as muslims - pray during their lunchbreak in their work areas?

28.) Defendant Mike responded "do you see any sand or turbans or bombs?" Woodward stated "What?" to Defendant Mike's reply "yeah, this ain't Arabia or Africa or any of the A's. This is Harrah's. Don't like it quit."

29.) Woodward requested to speak to Defendant Mike's boss or the director. Defendant Mike stated "I'm in charge. I'm the boss. Get back to work."

30.) Woodward and Johnson left. Woodward walked around speaking to other employees. Asking each one do you Know how to see the director (~~strikethrough~~) of housekeeping.

31.) To Woodward's surprise not one (1) employee helped Plaintiff's. After the lunchbreak one (1) of the housekeeper came to Woodward and told Woodward that per Defendant Mike. Woodward was to go do "Super-setting" with Johnson.

32.) Woodward had to leave the work area that he was previously at and use the elevator to check each floor to see where Johnson was at (i.e, to see what floor Johnson was on working)

NOTE: First, Super-Setting is a job of going to every floor and restocking the storages of clean sheets, towels, washklothes, etc. In other words every floor in Harrah's Hotel, where there are hotel rooms, there's a section on every floor - or most - located in the employee's Entrance/Exits where clean linen is kept in case of need;

(Second, more so than not, Harrah's Hotel had two (2) sets - two (2) groups - of teams that worked from 1am to 9am. One (1) group consisted of mostly spanish speaking employees that were Dominican and a second group that were mostly english speaking blacks. After each Accu-Staff employee would sign in it's the "supervisor's" job to tell you your work assignment.

Third, if you were assigned to the "team" that was mostly Dominican, Supv. Aideed who was Dominican would allow one (1) of the Dominican HouseKeepers to dictate

p. 9 of 16

what job you would do while being assigned to the mostly spanish speaking team, see, Affidavit of Non-Defendant

33.) Approximately 15 minutes into Woodward and Johnson working together. Defendant Mike came and told Woodward to get all his stuff and come with Defendant Mike.

34.) This was at approx. 4:30 am

35.) Once inside the Supervisor's office Defendant Mike stated "Alot of good people died on 9-11. I gave you a chance you fucking terrorist and you went around asking other employees how you speak to the Director. Sign out, go home and don't come back"

36.) Again, Woodward ask to speak to Defendant Mike's boss. Mike told Woodward "Either leave or I'll call the cops." Woodward replied "I did'nt do anything." To which Defendant Mike said "You diggers never do. I'll make up something." Plaintiff left.

37.) Constitutional Basis: Defendant Mike violated Plaintiff's rights to freely practice his religion by denying Plaintiff the right to pray on his lunch break in secret

p. 10 of 16

with Plaintiff Johnson and by making derogatory statements about the muslim religion, Such as, for example connecting or using words such as "bombs" "9-11" "Sand", etc when speaking about Plaintiff's religion, see, Free Free ci Clause of the First Amendment and the Substantive Due Process Clause of the Fourteenth Amendment.

38.) Defendant Mike violated Plaintiffs Woodward and Johnson right to freedom of speech by firing Woodward (and subsequently Johnson) because Woodward asked to speak to Mike's boss and spoke to numerous other employees about how Plaintiffs could see the Director which got back to Defendant Mike, see, First and Fourteenth Amendments (Substantive Due Process)

39.) Defendant Mike also violated Plaintiff's right to freedom of speech by threatening to lie to the police to get Plaintiff arrested, id.

40.) Defendant Mike violated Plaintiff's right to be treated equally regardless that Plaintiffs are muslims and so-called African Americans, see, First

p. 11 of 16

Amendment and the Equal Protection Clause of the Fourteenth Amendment.

ii.) Defendant Harrah's Casino/Hotel's Director of House Keeping John Doe (who made the decisions in June of 2022 to hire Plaintiff Woodward and Johnson. After they completed their approximately 72 hours of training);

41.) On or about July 30, 2022 at approximately 10:00 am Woodward received a call from Defendant ACCU Staff Temp Agency Supervisor Employee Lamar Farmer ("Defendant Farmer") who questioned Woodward as to what took place.

42.) After Woodward (~~someone~~) told Defendant Farmer what happen Defendant Farmer stated " I told you all that complaining would catch up! When you asked can workers from ACCU Staff sign-up for the June-July of 2022 casino workers protest? I could of fired you, but I did'nt. When you complained about losing time/money spent on going to work at Harrah's and being sent home. I could of fired you, because after I told you and Johnson ya'll would not receive travel expenses to cover the

cost of going to work you called Ms. Cravero and now you over at Harrah's complaining. I got an email from the Director. You and Johnson are not to go back to Harrah's"

43.) Constitutional Basis: Defendant Harrah's Casino/Hotel Director of Housekeeping John Doe ("Defendant Director Doe") is boths sued for Supervisor Liability (Respondeat Superior) due to Defendant Mike's actions which was done while and during Harrah's employment under Defendant Director Doe's supervision

(iii) Defendant ACCU Staffing Temp Agency Laemae Farmer:

44.) In or around June of 2022 Woodward went to ACCU Staff in Atlantic City for Intake Processing ("Interview").

45.) Defendant Farmer conducted Woodward's Interview. Woodward was asked questions like "Do you workout?" "Do you do one-on-one training?" "Is it a problem that I'm gay?"

46.) Woodward started to feel uncomfortable

p. 13 of 16

and sought to change the subject by asking how he could get the better paying job. Defendant Farmer looked at Woodward, licked his lips, smiled and said by being nice to me."

47.) Woodward was assigned to Harrah's in June of 2022.

48.) Defendant Farmer in June of 2022 made a trip to Harrah's presumably to check on the ACCU staff's workers. Woodward was cleaning a room when Defendant Farmer walked in and said "Mr. Woodward you're gonna look good in a Harrah's Hotel uniform."

49.) Woodward and Johnson in July of 2022 went to work at Harrah's as assigned and was told by Defendant Mike that they was'nt working. In the morning Woodward called in to ACCU Staff to complain about traveling fees. Defendant Farmer became disrespect and stated that he was'nt helping Woodward cause Woodward don't help him.

iv) Defendant ACCU Staff Temp Agency Lynn Cravero( Corporate office in Cherry Hill):

50.) Woodward called Defendant ACCU Staff Temp Agency Lynn Cravero and complained about go-

p. 14 of 16

ing to Harrah's and not receiving any work. Defendant Cravero stated that she told Defendant Farmer to compensate me and Johnson for us going to Harrah's.

51.) Additionally, she told Woodward to stop complaining about ACCU Staff.

52.) When Woodward was fired on July 30, 2022 by Defendant Mike and spoke to Defendant Farmer. Woodward called Defendant Cravero to complained about Defendants Mike and Farmer. Defendant Cravero immediately told Woodward that she would send him a complaint form, but that Woodward would never get another job via ACCU Staff and that Defendant Farmer is in agreement.

53.) When ROC Nation hosted its August of 2022 Pish Concerts and Country Concert. Woodward and Johnson both applied to work those concerts via ACCU Staff.

54.) Defendant Farmer told Woodward did'nt Ms. Cravero tell you the last time ya'll spoke that we was'nt for you. We here to make money not complain.

p. 15 of 16

55.) Constitutional Basis: Defendants Farmer and Cravero violated Woodward's right to freedom of speech under the First and Fourteenth Amendments by refusing to give Woodward another job after Hurrah's — like what was given to Johnson — in retaliation for Woodward's complaints on Defendants Mike and Farmer.

D) Conclusion:

56.) Based on the above Plaintiffs request that this Court enter judgment in favor of Plaintiff and do the following:

i) Grant Plaintiffs backpay starting from July 31, 2022 and ending on the business day that judgment is entered against Defendants,

(ii) Instruct Defendants to pay Plaintiffs $500,000.00 in compensatory damages and $1,000,000.00 in punitive damages,

(iii) Instruct Defendants to reinstate Plaintiffs to their Harrah's Hotel's House keeping jobs

57.) Plaintiffs swear under the penalty

p.16 of 16

of perjury that all mention above is true and accurate based on personal Knowledge and that which is believed to be true.

Dated: March 10, 2023

Shawn Woodward
Pro Se Plaintiff

Dated:

Ronald D. Johnson
Pro Se Plaintiff